UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CABANA RIPOYLA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-01220-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 19) |

Pending before the Court is Plaintiff Ronnie Cabana Ripoyla's ("Plaintiff") second stipulation and third request for an extension of time to file a motion for summary judgment. (Doc. 19). Specifically, Plaintiff requests a seven-day extension of time, from May 1, 2023, to May 8, 2023, for Plaintiff to file and serve her motion for summary judgment on Defendant. *Id*.

Accordingly, in light of the parties representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, Plaintiff shall have a seven-day extension of time, from May 1, 2023, to May 8, 2023, for Plaintiff to serve and file Plaintiff's motion for summary judgment.

///

The Court's Scheduling Order (Doc. 6) shall continue to govern the filing of any opposition and/or reply brief.

IT IS SO ORDERED.

Dated:   **May 1, 2023**                                      _____
                                                              UNITED STATES MAGISTRATE JUDGE